UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ELIZANDRO COLUMBO,<br><br>           Petitioner,<br><br>           v.<br><br>ANTONE MONIZ, Superintendent Plymouth County Correctional Facility, PATRICIA HYDE, Field Office Director, MICHAEL KROL, HSI New England Special Agent in Charge, TODD LYONS, Acting Director U.S. Immigrations and Customs Enforcement, KRISTI NOEM, Secretary of Homeland Security, PAMELA BONDI, Attorney General of the U.S. and DONALD TRUMP, President of the U.S.<br><br>           Respondents. | Civil Action No. 25-cv-12733-MJJ |

**MEMORANDUM OF DECISION AND ORDER**

September 30, 2025

JOUN, D.J.

      Elizandro Columbo ("Mr. Columbo" or "Petitioner") is a citizen of Brazil and entered the United States without inspection in September 2003. [Doc. No. 1 at ¶ 1]. On September 24, 2025, Immigration and Customs Enforcement ("ICE") stopped and detained Mr. Columbo in Massachusetts and placed him into custody. [*Id*.]. He is currently in custody in Massachusetts. [*Id*. at ¶ 15]. Mr. Columbo has now petitioned the Court under 28 U.S.C. § 2241 and the Due Process Clause of the Fifth Amendment for relief from detention. [Doc. No. 1].

      In their Response to Habeas Petition, Respondents acknowledge that the principal legal issues in this case substantially overlap with those in *Hilario Rodriguez v. Moniz,* 25-cv-12358.

[Doc. No. 7 at 4]. I incorporate by reference the reasoning in my September 18, 2025 Order granting bond in the *Hilario Rodriguez* case, [25-cv-12358 Doc. No. 22], and find that Mr. Columbo is subject to Section 1226(a)'s discretionary detention framework and is thus eligible for bond.

The Petition for Writ of Habeas is <u>GRANTED</u>. Respondents are <u>ORDERED</u> to provide Mr. Columbo with a bond hearing under 8 U.S.C. § 1226(a) within 10 days of this Order. The Respondents are <u>ENJOINED</u> from denying bond to Mr. Columbo on the basis that he is detained pursuant to 8 U.S.C. § 1225(b)(2). The Respondents are further <u>ORDERED</u> to file a status report within 24 hours of the bond hearing, stating whether Mr. Columbo has been granted bond, and, if his request for bond was denied, the reasons for that denial.

SO ORDERED.

<u>/s/ Myong J. Joun</u>
United States District Judge